UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:17CV9 HEA |
| | ) | |
| TOMAS CABRERA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon review of the record. On April 26, 2017, the Court issued process on defendants William Jones and James Hurley, employees of the Missouri Department of Corrections. Pursuant to the Court's waiver agreement with the Missouri Attorney General's Office, the Court sent a letter, along with a copy of the amended complaint, to the Litigation Division of the Attorney General's Office asking the defendants to waive process in this matter. To date, defendants Jones and Hurley have not responded to the Court.

The Court will request that the Clerk of Court once again write to the Missouri Attorney General's Office and request that they waive service on behalf of defendants William Jones and James Hurley in accordance with the waiver agreement. The Clerk should enclose with its letter: (1) a copy of the complaint [Doc. #1]; (2) a copy of this Memorandum and Order; (3) a copy of the original waiver request sent on April 26, 2017 [Doc. #14]; and (4) a copy of the April 26, 2017 Memorandum and Order [Doc. #12].

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to serve process on defendants James Hurley and William Jones in accordance with the waiver agreement this Court maintains with the Missouri Attorney General's Office.

**IT IS FURTHER ORDERED** that because the Attorney General's Office failed to respond to the first waiver letter issued in this action, the Clerk shall enclose with its second waiver letter, sent on behalf of MDOC defendants William Jones and James Hurley: (1) a copy of the complaint [Doc. #1]; (2) a copy of this Memorandum and Order; (3) a copy of the original waiver request sent on April 26, 2017 [Doc. #14]; and (4) a copy of the April 26, 2017 Memorandum and Order [Doc. #12].

Dated this 6th day of June, 2017

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE