UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE STEWART, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:17CV9 HEA |
| TOMAS CABRERA, et al., | ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendants William Jones and James Hurley's motion to dismiss plaintiff's official-capacity claims. Plaintiff sues defendants in their individual capacities only. Therefore, the motion is moot.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion to dismiss (Doc. 25) is **DENIED** as moot.

Dated this 17th day of August, 2017

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE